## RUTSKY v LUCIA

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided September 23, 1929

Messrs. Davis, Young & Vrooman, Cleveland, for Rutsky.

William J. Corrigan, Esq., Cleveland, for Lucia.

Sullivan, J, concurs. Levine, J, not participating.